UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAREN K. AVETISSYAN,
Plaintiff,
v.
ENDPOINT CLINICAL L.P.,
Defendant.

Case No. 26-cv-04225-SK

**ORDER TO SHOW CAUSE**

An initial Case Management Conference was scheduled in this case for August 10, 2026 at 1:30 p.m. (Dkt. No. 5.) The Court held the Case Management Conference on August 10, 2026, but Plaintiff failed to appear. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE in writing why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than August 17, 2026. Plaintiff is admonished that if a response to this OSC is not filed by August 17, 2026, the Court will dismiss this case for failure to prosecute. The Court will reset the Case Management Conference, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: August 10, 2026

SALLIE KIM
United States Magistrate Judge